UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMA ARMSTEAD, | 1:05-cv-00212-OWW-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 12) |
| vs. | **ORDER DISMISSING AMENDED COMPLAINT** (Doc. 9) |
| P. SCHULTZ, et al., | |
| Defendants. | **ORDER DISMISSING ACTION** |

Plaintiff, Lema Armstead ("plaintiff"), is former prisoner in federal custody proceeding pro se in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 13, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days. On April 5, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed March 13, 2006, are ADOPTED IN FULL;

2. Plaintiff's amended complaint, filed July 5, 2005, is DISMISSED, without leave to amend; and,

3. This action is therefore CONCLUDED in its entirety.

IT IS SO ORDERED.

**Dated:   June 27, 2006**               **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE