1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    LEMA ARMSTEAD,                    )        1:05-CV-00212-OWW-DLB-P
                                        )
12              Plaintiff,              )
                                        )        ORDER DENYING MOTIONS
13        vs.                           )        FOR CORRECTION
                                        )
14    P. SCHULTZ, et al.,               )        (Docs. 18, 19)
                                        )
15                                      )
                Defendant(s).           )
16    _____ )

17

18        Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. §

19    1983.  On February 28, 2007, and March 14, 2007, plaintiff file motion for corrections regarding this

20    action.  In light of the fact that this action was dismissed on June 27, 2006, IT IS HEREBY

21    ORDERED that the motions are DENIED AS MOOT.

22

23        IT IS SO ORDERED.

24        **Dated:    April 9, 2007**          _____/s/ **Dennis L. Beck**_____
      3c0hj8                                   UNITED STATES MAGISTRATE JUDGE
25

26

27

28